Con Edison
P.O. Box 1702
New York, NY 10116-1702


Department of Finance
345 Adams Street
3rd Floor
Brooklyn, NY 11201


Hill Wallack LP
261 Madison Aveue,
9th Floor, Suite 940-941
New York, NY 20292


National Grid
One Metrotech Center
Brooklyn, NY 11201


Shellpoint Mortgage
P.O. Box 10826
Greenville, SC 29603-0826